02CV1291
mtNmod

31

FILED

2004 MAR 18 P 12: 01

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

| | |
|---|---|
| KATI BUNGERT, PPA ET AL<br>Plaintiff | CIVIL ACTION NO. 302CV1291 (RNC) |
| VS. | |
| CITY OF SHELTON, ET AL<br>Defendants | MARCH 16, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants respectfully request that the present scheduling order be modified and that all dates therein be moved forward two (2) months. The undersigned counsel on behalf of the defendants requests this modification for the following reasons:

1. The parties have tentatively scheduled mediation for April 29, 2004 with Magistrate Owen Egan;

2. Depositions are being conducted, but scheduling of additional depositions has been difficult due to the schedule of the undersigned and due to the trial schedule of Attorney Moniz; and

(3) Attorney Moniz was unavailable to work on the file from August 2003 to December 2003 as noted in his Motion for Modification dated August 28, 2003 and no discovery could be conducted during that time.

3/24/04  Granted to extend.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361   FACSIMILE (860) 525-4849   JURIS No. 24029