**RECEIVED GM&F**

MAR 23  2 20 PM '04

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

**GORDON, MUIR AND FOLEY, LLP**
*Attorneys at Law*

**FILED**

2004 MAR 2?  P 4:01

U.S. DISTRICT COURT
HARTFORD, CT.

Renée W. Dwyer, Esq.
rdwyer@gmflaw.com

March 22, 2004
File No. A25153

The Honorable Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT 06103

Re:   Civil Action No. 3:02 CV1291 (RNC)
      Kati Bungert, P.P.A. v. The City of Shelton, et al

Dear Judge Chatigny:

In accordance with the Local Rules of Procedure, I am writing to request a pre-filing conference regarding a proposed Motion for Summary Judgment. The Motion for Summary Judgment would address all Counts of the Complaint, and could have the effect of disposing of this action in its entirety. Specifically, the Motion would argue that the undisputed facts do not support a claim for a violation of Section 1983 for failing to protect the plaintiff from sexual harassment, as Title IX provides the exclusive remedy for such claims. The claims, compromising the first two counts of the complaint, are the only counts that arise out of the Court's Federal Jurisdiction. The granting of the defendant's summary judgment as to these Counts would leave only the pendant state law claims.

In addition, the undisputed facts do no support a claim for negligent or fraudulent misrepresentation that the plaintiff would be free from sexual harassment in the school. Further, the undisputed facts entitle the defendants to a qualified immunity as to the plaintiff's claims of common law negligence. Finally, the evidence does not support a cause of action for intentional infliction of emotional distress.

The defendant's proposed Motion for summary judgment has the potential for disposing of this case in its entirety, or for leaving only state law claims which could then be remanded to State Court. As such, the defendants respectfully request a pre-filing conference to further discuss this proposed dispositive Motion.

Very truly yours,

Renée W. Dwyer
CT10580

RWD/hsa
c.c.:  Joseph A. Moniz, Esq.
       Moniz, Cooper & McCann LLP
       100 Allyn Street
       Hartford, CT 06103

::ODMA\PCDOCS\DOCS\358976\1

Ten Columbus Boulevard, Hartford, CT 06106-1976   T. 860 525 5361   F. 860 525 4849   www.gmflaw.com

---

*[Handwritten endorsement, left margin, by Robert N. Chatigny/U.S.D.J.:]*

April 6, 2004. The Clerk will docket this letter and send copies of this endorsement to counsel of record. Counsel may file the proposed motion without a prefiling conference on or before May 3, 2004. So ordered.

Robert N. Chatigny/U.S.D.J.