UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL | : | CIVIL ACTION NO. 302CV1291 (RNC) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | |
|    Defendants | : | MAY 3, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendants respectfully move for summary judgment with respect to all counts of the Plaintiff's complaint. The Defendants move for summary judgment on the grounds that there is no issue of material fact with respect to Counts One, Two and Ten and that they are entitled to governmental immunity as to the remaining Counts. This Motion is supported by the accompanying Memorandum of Law.

    DEFENDANTS:
    **The City of Shelton, et al**

    BY_____
    Melissa Geetter Melnick/ Federal Bar No. CT18807
    Gordon, Muir and Foley, LLP
    10 Columbus Boulevard
    Hartford, CT  06106
    (860) 525-5361

## **C E R T I F I C A T I O N**

       This is to certify that a copy of the foregoing was mailed postage prepaid to the following counsel of record this 3rd day of May, 2004:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann LLP
100 Allyn Street
Hartford, CT 06103

                                                                   Melissa Geetter Melnick

::ODMA\PCDOCS\DOCS\362271\1