**FILED**

2004 JUN -3 P 3: 49

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| KATI BUNGERT, P.P.A. JOANNE MURCKO | : | CIVIL ACTION NO |
| | : | 3:02CV1291(RNC) |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| THE CITY OF SHELTON, ET AL | : | JUNE 3, 2004 |

## MOTION FOR EXTENSION OF TIME AND/OR FILING OUT OF TIME

The Plaintiff hereby respectfully requests permission to file a response to the

defendants' Motion for Summary Judgment on or before July 15, 2004 and states as the reasons

therefor the following:

1.  That counsel for the Plaintiff inadvertently diaried the response due thirty (30) days

    after receipt of defendants' Motion for Summary Judgment, not realizing the court

    had set as a date for a response of May 24, 2004;

2.  That in order to respond to the Motion for Summary Judgment, fact discovery must

    be completed, in particular the depositions of critical witnesses, to permit a proper

    response, which is presently scheduled for completion on or before June 20, 2004;

3.  That counsel for the Plaintiff is the only attorney in this office and is scheduled to

    start a trial before this Court on June 8, 2004, which will last through the week of

June 21, 2004;

4.    That the Plaintiff would be unable to respond to the defendants' Motion for

Summary Judgment in view of the issues raised therein before completing fact

discovery, which has been ongoing and is nearly completed.

Undersigned counsel states that he has consulted with Melissa G. Melnick, Esq., counsel for

the defendants, who takes no position with respect to this motion..

This is Plaintiff's first request for an extension of time in which to file a response to the

defendants' Motion for Summary Judgment.   Plaintiff also certifies that this matter has not

been assigned for trial.

PLAINTIFF

By

Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103
Tel. (860) 278-0200
Her Attorneys

MONIZ, COOPER & MCCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Melissa G. Melnick, Esq.
Patty G. Swan, Esq.
Renee W. Dwyer, Esq.
Gordon, Muir & Foley, LLP
Ten Columbus Boulevard
Hartford, CT  06106-1976
(860) 525-5361

Joseph A. Moniz

MONIZ, COOPER & McCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS No. 418370