02CV129/mtNext

37

**FILED**

2004 JUN -3 P 3: 49

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATI BUNGERT, P.P.A. JOANNE MURCKO | : CIVIL ACTION NO<br>: 3:02CV1291(RNC) |
| VS. | : |
| THE CITY OF SHELTON, ET AL | : JUNE 3, 2004 |

## MOTION FOR EXTENSION OF TIME AND/OR FILING OUT OF TIME

The Plaintiff hereby respectfully requests permission to file a response to the defendants' Motion for Summary Judgment on or before July 15, 2004 and states as the reasons therefor the following:

1. That counsel for the Plaintiff inadvertently diaried the response due thirty (30) days after receipt of defendants' Motion for Summary Judgment, not realizing the court had set as a date for a response of May 24, 2004;

2. That in order to respond to the Motion for Summary Judgment, fact discovery must be completed, in particular the depositions of critical witnesses, to permit a proper response, which is presently scheduled for completion on or before June 20, 2004;

3. That counsel for the Plaintiff is the only attorney in this office and is scheduled to start a trial before this Court on June 8, 2004, which will last through the week of

June 4, 2004. Granted. Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question. So ordered.

/s/ Robert N. Chatigny U.S.D.J.

FILED 2004 JUN -4 A 9:59 U.S. DISTRICT COURT HARTFORD, CT.

MONIZ, COOPER & McCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370