UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL | : | CIVIL ACTION NO. 302CV1291 (RNC) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | |
| Defendants | : | JUNE 4, 2004 |

## DEFENDANTS OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND/OR FILING OUT OF TIME

The Defendants hereby object to the Plaintiff's Motion. The Defendants submit the following:

1. On August 28, 2003, the Plaintiff filed a Motion for Modification of Scheduling orders for a period of four months, as Attorney Moniz was unavailable for work through December 1, 2003.

2. The Court granted this motion, moving the discovery deadline to April 20, 2004.

3. On March 16, 2004, the Defendants requested an additional modification of the scheduling order for a period of two months, due to the fact that Attorney Moniz had been out of work for a period of time and due to difficulties coordinating the schedule of this office with the trial schedule of Attorney Moniz.

4. The Court granted this motion on March 24, 2004, extending the discovery deadline until June 19, 2004.

5. Notwithstanding, on April 6, 2004, Magistrate Gothers ordered that dispositive motions be filed by May 3, 2004.

6. The Defendants filed their Motion for Summary Judgment by the Court ordered deadline, despite the fact that discovery was incomplete. By order dated May 5, 2004, the Court ordered Plaintiff's response due by May 24, 2004. Plaintiff was in receipt of this order.

7. Depositions in this matter were conducted on May 20, 2004, prior to the date the Plaintiff's response to summary judgment was due. Mr. Gura's deposition was commenced on this date, but was not completed. The Defendants have attempted to reschedule this deposition, but have been unsuccessful due to conflicts in Attorney Moniz's schedule.

8. In addition, the deposition of Ms. Fenwick had been scheduled for June 4, 2004 after consultation with plaintiff's counsel's office; however, Attorney Moniz subsequently requested that the deposition be rescheduled due to conflicts in his schedule. Attorney Moniz indicated that the deposition could not be rescheduled until some

    time after June 28, 2004, and indicated he will be unavailable for depositions until after that date due to his trial schedule.

9. The Defendants have also repeatedly asked plaintiff's counsel for dates to conduct the depositions of the Plaintiff's two expert witnesses, but have not yet been given dates on which Attorney Moniz is available for these depositions.

10. Despite the difficulties in scheduling discovery, the Defendants complied with the Court's order regarding deadlines for filing dispositive motions, with less than thirty days to complete the motion from the date of the court order.

11. The Plaintiff's deadline for a response to the motion for summary judgment fell well before the commencement of his June 8, 2004 trial, thus leaving him ample time to conduct additional discovery he needed and file his response.

12. Despite the fact that he was aware of his inability to file a timely motion, the plaintiff did not contact the defendant regarding this motion until June 3, 2004.

    The Defendants further represent that this case has been placed on the trial ready list for October 2004.

    For the reasons stated above, the Defendants respectfully object to the Plaintiff's Motion for Extension of Time and/or Filing Out of Time.

        DEFENDANTS:
        **The City of Shelton, et al**


BY_____
        Melissa G. Melnick
        Gordon, Muir and Foley, LLP
        10 Columbus Boulevard
        Hartford, CT  06106
        (860) 525-5361
        Federal Bar No. CT18807

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed postage prepaid to the following counsel of record on June 4, 2004:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann LLP
100 Allyn Street
Hartford, CT 06103

        _____
        Melissa G. Melnick