UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATI BUNGERT, PPA, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:02CV1291(RNC) |
| | : |
| CITY OF SHELTON, ET AL., | : |
| | : |
|     Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_  To conduct settlement conferences (orefmisc./cnf);

\_\_\_  To conduct a prefiling conference (orefmisc./cnf);

\_\_\_  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motions (orefm.):
Motion for Modification of Scheduling Order [doc. 40]
_____
_____

So ordered.

Dated at Hartford, Connecticut this    day of June 2004.

                                                              /s/RNC
                                           Robert N. Chatigny
                                  United States District Judge