40

GRANTED. So ordered. 6/28/04.

FILED

2004 JUN 21 A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATI BUNGERT, P.P.A. JOANNE MURCKO | : | CIVIL ACTION NO |
| | : | 3:02CV1291(RNC) |
| VS. | : | |
| | : | |
| THE CITY OF SHELTON, ET AL | : | JUNE 17, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Plaintiff hereby requests a modification of the following scheduling orders set by the Court: An extension of time for the completion of discovery and for depositions of fact witnesses and experts from June 20, 2004 to July 21, 2004. The Plaintiff requests this modification as the undersigned is the only attorney presently in the office. In addition, undersigned counsel had been preparing for trial in U.S. District Court in Hartford before the Honorable Robert N. Chatigny in the matter of <u>Watts v. City of Hartford</u> which began jury selection on June 8, 2004 and is expected to last through the third week of June, 2004. The Plaintiff also requests this additional time because of the difficulty in scheduling depositions during the months of June and July due to vacation schedules.

Undersigned counsel states that he has consulted with Melissa G. Melnick, Esq.,

FILED 2004 JUN 29 A 10: 00 U.S. DISTRICT COURT HARTFORD, CT

---

**MONIZ, COOPER & McCANN, LLP** • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370