UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL | : | CIVIL ACTION NO. 302CV1291 (RNC) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | |
|     Defendants | : | JULY 12, 2004 |

## APPLICATION FOR QUALIFIED PROTECTIVE ORDER

The undersigned defendant hereby applies for a qualified protective order from this Court in accordance with the provisions of the Health Insurance Portability and Accountability Act (HIPAA). The defendant herein seeks an order (1) prohibiting the parties from using or disclosing the protected health information for any purpose other than this litigation; and (2) requiring the return or destruction of the protected health information (including copies made) at the end of this litigation.

Attached hereto is a copy of a subpoena served upon Martin S. Rosmarin, Ph.D. seeking the disclosure of medical records to Gordon, Muir and Foley, LLP and its representatives for purposes of litigation.

DEFENDANTS:

By:_____
     MELISSA G. MELNICK
     Gordon, Muir & Foley, LLP
     Federal Bar No. CT18807

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed postage prepaid to the following counsel of record on July 12, 2004:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann LLP
100 Allyn Street
Hartford, CT 06103

_____
Melissa G. Melnick