02cv1291lmtnext

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

KATI BUNGERT, P.P.A. JOANNE MURCKO  : CIVIL ACTION NO.
: 3:02CV1291(RNC)

VS.

THE CITY OF SHELTON, ET AL  : JULY 16, 2004

## MOTION FOR EXTENSION OF TIME AND/OR FILING OUT OF TIME

The Plaintiff hereby respectfully requests an extension of time of thirty (30) days to August 21, 2004 to complete depositions of expert witnesses and to file a response to the defendants' Motion for Summary Judgment and states as the reasons therefor the following:

1. That in order to respond to the Motion for Summary Judgment, fact and expert discovery must be completed, in particular the depositions of two psychiatrists who are presently scheduled to be deposed under an agreed-upon protective order, all to permit a proper response, which discovery is presently scheduled for completion on or before July 21, 2004;

2. That additional time is necessary due to scheduling depositions of these expert witnesses during the months of June and July due to vacation schedules of the witnesses;

3. That the Plaintiff would be unable to respond to defendants' Motion for Summary Judgment in view of the issues raised therein before completing the depositions of these two expert witnesses.

4. That the undersigned counsel is the only attorney in this office and will need this additional time to obtain and review the deposition transcripts.

Undersigned counsel states that he has contacted the office of Renee Dwyer but has not yet received a response with respect to this motion.

This is Plaintiff's second request for an extension of time in which to file a response to the defendants' Motion for Summary Judgment.

Plaintiff further states that this case has been placed on the trial ready list for October, 2004.

PLAINTIFF

By_____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Melissa G. Melnick, Esq.
Patty G. Swan, Esq.
Renee W. Dwyer, Esq.
Gordon, Muir & Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361

*Joseph A. Moniz*

Joseph A. Moniz