02CV1291 mtnpeoto

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATI BUNGERT, P.P.A. JOANNE MURCKO | : CIVIL ACTION NO<br>: 3:02CV1291(RNC) |
| VS. | : |
| THE CITY OF SHELTON, ET AL | : JULY 16, 2004 |

### CONSENT TO PROTECTIVE ORDER

The Plaintiffs in the above matter hereby consent to the Qualified Protective Orders sought by the defendants with respect to the medical records of Martin S. Rosmarin, Ph.D. and Andrew Schoenfeld, C.S.W.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Melissa G. Melnick, Esq.
Patty G. Swan, Esq.
Renee W. Dwyer, Esq.
Gordon, Muir & Foley, LLP
Ten Columbus Boulevard
Hartford, CT  06106-1976
(860) 525-5361

                *Joseph A. Moniz*
                Joseph A. Moniz