UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL | : | CIVIL ACTION NO. 302CV1291 (RNC) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | |
|     Defendants | : | August 26, 2004 |

## **DEFENDANTS' OBJECTION TO LATE FILING**

The Defendants hereby object to the Plaintiff's late filed Objection to Summary Judgment dated August 23, 2003. The Defendants submit that the Plaintiff's Objection is untimely, and therefore should not be considered by this Court.

The Plaintiff's Response was originally due on May 24, 2004. The Plaintiff filed a Motion for Extension of Time until July 15, 2004, which was granted by the Court. (See Order # 38). The Plaintiff filed a Motion for Extension of Time and/or Filing Out of Time, dated July 16, 2004, seeking an additional 30 days to file an Objection[1]. (See Entry # 48). The Defendants objected to the request for an extension of time (Entry # 50). The Court did not grant the Plaintiff's Motion

---

[1] It should be noted that the Plaintiff requested an additional 30 days, which would put the new due date at August 14, 2004. However, the Plaintiff's Motion indicates that 30 days would give her until August 21, 2003. This calculation is incorrect.

for Extension of Time and/or Filing Out of Time. Accordingly, the Plaintiff's Objection, dated August 23, 2004, is untimely and should not be considered by the Court.

The Defendants adopt and incorporate in this Objection all of the arguments contained in their Objection to the Motion for Extension of Time (Entry #50) as to why the Court should not grant the Plaintiff's Motion for Extension of Time and/or Filing Out of Time to allow the Objection to Summary Judgment to be filed.[2]

Should the Court decide to grant the Motion for Extension of Time and therefore accept the Plaintiff's Objection to Motion for Summary Judgment as timely filed, the Defendants reserve their right to file a Reply to the Plaintiff's Objection to Motion for Summary Judgment, as permitted by Local Rule 7(d), within ten (10) days from the date of the Court order granting the Motion for Extension of Time.

DEFENDANTS:
**The City of Shelton, et al**

BY_____
Melissa Geetter Melnick/ Federal Bar No. CT18807
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361

---

[2] The Defendants further submit that the Plaintiff's Objection dated August 23, 2004 would still be untimely, as a thirty-day extension of time from the July 15, 2004 due date would have put this Objection due on August 14, 2004.

## **C E R T I F I C A T I O N**

       This is to certify that a copy of the foregoing was mailed postage prepaid to the following counsel of record this 26th day of August, 2004:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann LLP
100 Allyn Street
Hartford, CT 06103

                                                                                                 Melissa Geetter Melnick

::ODMA\PCDOCS\DOCS\372503\1