

**FILED**
2004 MAY -3 P 3: 42
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF CONNECTICUT AT HARTFORD

| | |
|---|---|
| KATI BUNGERT, PPA ET AL<br>Plaintiff | : CIVIL ACTION NO. 302CV1291 (RNC) |
| VS. | : |
| CITY OF SHELTON, ET AL<br>Defendants | : MAY 3, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendants respectfully move for summary judgment with respect to all counts of the Plaintiff's complaint. The Defendants move for summary judgment on the grounds that there is no issue of material fact with respect to Counts One, Two and Ten and that they are entitled to governmental immunity as to the remaining

---

**August 30, 2004.**     Bungert v. City of Shelton
                         3:02CV01291 (RNC)

Re: Defendants' Motion for Summary Judgment (Doc. # 35)

Denied without prejudice. Defendants have failed to comply with the requirement of Local Rule 56 to file a Local Rule 56(a)(1) Statement which sets forth in separately numbered paragraphs a concise statement of each material fact as to which defendants contend there is no genuine issue to be tried. Defendants have until September 21, 2004 to refile their Motion for Summary Judgment in compliance with Local Rule 56. If such a motion is filed, plaintiff will refile her Objection to Defendants' Motion for Summary Judgment by October 12, 2004. Defendants will file their Reply to plaintiff's Objection by October 26, 2004. So ordered.

Robert N. Chatigny, U.S.D.J.

02CV1291 END35

ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361     FACSIMILE (860) 525-4849     JURIS No. 24029