**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF CONNECTICUT AT HARTFORD**

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL | : | CIVIL ACTION NO. 302CV1291 (RNC) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | |
|     Defendants | : | SEPTEMBER 21, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following:

    (1)    Bungert Deposition;
    (2)    Gura Affidavit;
    (3)    Murcko Deposition;
    (4)    Ramia Affidavit;
    (5)    Letter of Rosmarin dated 04/12/01;
    (6)    Letter of Dr. Rosmarin dated 08/20/01;
    (7)    Letter of Sylvester.

This document has not been filed electronically because:

[ ]    the document or thing cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court Order.

This document has been manually served on all parties.

        DEFENDANTS:
        **The City of Shelton, et al**

BY_____
Melissa G. Melnick
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106
(860) 525-5361
Federal Bar No. CT18807

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed postage prepaid to the following counsel of record this 21st day of September, 2004:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann LLP
100 Allyn Street
Hartford, CT 06103

        _____
        Melissa G. Melnick

::ODMA\PCDOCS\DOCS\374252\1