UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL | : | CIVIL ACTION |
|     Plaintiff | : | NO. 302CV1291 (RNC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF SHELTON, ET AL | : | |
|     Defendants | : | |
| | : | OCTOBER 12, 2004 |

## AFFIDAVIT OF JOANNE MURCKO

1. I am over eighteen (18) years of age and I understand and believe in the obligation of an oath.

2. I make this affidavit based upon my personal knowledge and experience.

3. After the incident of March 12, 2001, where Kati was physically assaulted at Shelton High School by a student, she did not return to school.

4. Between March and the second week of May 2001 I argued with the school about what they could provide for Kati's education.

5. I believe it was the second week in May of 2001 Shelton finally agreed and started homebound tutorial for Kati and they continued the homebound in September 2001.

6. The school wanted me to return Kati to school in September, and I went to the school and told them I was not returning Kati to that environment, and requested that she be transferred to another school.

7. It was the third week of September or the first week of October that Kati and I went to see Hyde Leadership School at the school's suggestion. I then spoke with the assistant superintendent, Leon Sylvester's second hand person, and said that school was not acceptable to me although it was acceptable to the school.

8. It was the recommendation of Dr. Rosmarin to transfer Kati out of district. Over the summer of 2001, I spoke to neighbors about Amity High School and learned that Amity accepts outside transfers. I suggested this to the school and was told they would not agree to that school for a transfer.

9. Shelton never suggested any other school for transfer other than something in the city of Shelton called Shelton Vogue which is for kids that can't make it like children who are suspended and are causing problems and disrupting the class and being abusive. This was not acceptable to me.

10. The school continued Kati on homebound tutorial until January 25, 2002. They then sent a letter to me indicating I should return Kati to Shelton High School or I would be arrested.

11. I was then forced to send Kati to Sacred Heart private school at my own expense because Shelton refused to educate my child as of January 25, 2002, other than having her return to the school where she had been abused, both sexually and physically, causing her to suffer psychological and emotional distress.

                                                                              _____
                                                                               Joanne Murcko

Subscribed and sworn to before me this ___ day of October, 2004.

                                                                              _____
                                                                              Commissioner of the Superior Court
                                                                              Notary Public
                                                                              My Commission Expires: