FILED

2004 OCT 13  P 2: 53

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATI BUNGERT, PPA ET AL<br>Plaintiff | : | CIVIL ACTION<br>NO. 302CV1291 (RNC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF SHELTON, ET AL<br>Defendants | : | |
| | : | OCTOBER 13, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following:

1. Objection to Motion for Summary Judgment;

2. Affidavit of Joanne Murcko;

3. Plaintiff's Local Rule 56(b)2 Statement;

4. Letter of Dr. Rosmarin dated April 12, 2001;

5. Letter of Dr. Rosmarin dated May 15, 2001;

6. Letter of Dr. Rosmarin dated August 20, 2001;

7. Excerpt from Joanne Murcko's deposition;

8. Excerpt from Kati Bungert's deposition;

9. Excerpt from Dr. Rosmarin's deposition.

These documents have not been filed electronically because:

These documents cannot be converted to an electronic format because our computer system is not equipped at the present time to covert to Adobe.

PLAINTIFF

By _____

Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Melissa Geetter Melnick, Esq.
Patty G. Swan, Esq.
Gordon, Muir & Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361

_____
Joseph A. Moniz
