UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATI BUNGERT, P.P.A. : <br> JOANNE MURCKO : <br> : <br> v. : <br> : <br> CITY OF SHELTON, SHELTON BOARD : <br> OF EDUCATION, LEON J. SYLVESTER, : <br> DONALD K. RAMIA, HOWARD K. GURA, : <br> JOHN DOES 1-10 and JANE DOES 1-10 : | CASE NO. 3:02CV1291(RNC) |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling and order granting the motion and dismissing the due process claim with prejudice; and further,

The Court having declined to exercise supplemental jurisdiction over the plaintiff's remaining state law claims dismissing those claims without prejudice, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 17th day of October, 2005.

KEVIN F. ROWE, Clerk

By ___/s/_____
    Jo-Ann Walker
    Deputy Clerk

EOD _____